UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOFIA L. GONZALEZ,

    Plaintiff,

v.

FORT MYERS M AUTOMOTIVE
MANAGEMENT, LLC, MAZDA
FINANCIAL SERVICES, TOYOTA
MOTOR CREDIT CORPORATION,
ABS RECOVERY SERVICE
INCORPORATED,

    Defendants.

Case No. 2:25-cv-930-KCD-DNF

## **ORDER**

Plaintiff Sofia Gonzalez bought a car from Defendant Fort Myers M Automotive Management, LLC. It has since been repossessed, and according to Gonzalez, without lawful authority. She now sues several defendants for conversion and violating the Fair Debt Collection Practices Act. (Doc. 1.)

Before the Court is Gonzalez's Amended Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Memorandum of Law. (Doc. 9.) She seeks an order to "prevent Defendants from transferring, selling, or otherwise disposing of [her] 2024 Mazda Mazda3." (*Id.* at 2.)[1]

---

[1] Gonzalez's motion is not paginated, so the Court cites the page numbers generated by its electronic filing system.

This is not the first time Gonzalez has sought immediate injunctive relief. (*See* Doc. 4.) Her previous motion was denied because she "failed to show irreparable injury." (Doc. 6 at 3.) That problem remains. Like before, she claims her car will be sold or transferred without an injunction. But monetary relief can remedy this injury. Gonzalez is not claiming her car is unique or has other intrinsic value beyond being a vehicle she uses. So she can be made whole through damages should she prevail. "An injury is irreparable only if it cannot be undone through monetary remedies." *See More Auto. Prods., Inc. v. Dollar Rent a Car, Inc.*, No. 2:24-CV-457-SPCNPM, 2024 WL 3203179, at *5 (M.D. Fla. June 27, 2024).

For these reasons, Gonzalez's Amended Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Memorandum of Law (Doc. 9) is **DENIED**.

**ORDERED** in Fort Myers, Florida on November 13, 2025.

Kyle C. Dudek
United States District Judge