UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOFIA L. GONZALEZ,

      Plaintiff,

    v.

FORT MYERS M AUTOMOTIVE MANAGEMENT, LLC, MAZDA FINANCIAL SERVICES, TOYOTA MOTOR CREDIT CORPORATION, ABS RECOVERY SERVICE INCORPORATED,

      Defendants.

Case No. 2:25-cv-930-KCD-DNF

_____/

## ORDER

The Court entered two orders instructing Plaintiff to file an amended application to proceed in forma pauperis. (Docs. 8, 15.) These deadlines all passed with no new application. Ignoring the Court's orders is grounds for dismissal. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

Plaintiff was warned that failure to file an amended application would result in dismissal. (Doc. 15.) Accordingly, it is now **ORDERED**:

1.    Plaintiff's claims are dismissed without prejudice for failure to prosecute.

2.    The Clerk is **DIRECTED** to enter judgment, terminate any pending deadlines, and close the case.

**ENTERED** in Fort Myers, Florida on December 17, 2025.

Kyle C. Dudek
United States District Judge